UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ERNESTO MANJARES,

        Plaintiff,

vs.

TASER INTERNATIONAL, INC., a Delaware corporation, CITY OF YAKIMA, YAKIMA POLICE OFFICER MICHAEL GORDON, and DOES 1-5 inclusive,

        Defendants.

No. CV-12-3086-LRS

**ORDER OF DISMISSAL**

    Plaintiff has failed, within the time allowed by the court, to have another attorney appear on his behalf or to file a statement of intent to proceed *pro se* in this action. (See ECF No. 51, "Order Granting Motion For Leave To Withdraw As Counsel"). Accordingly, this action is **DISMISSED without prejudice** and the file shall be **CLOSED**.

    **IT IS SO ORDERED**. The District Executive is directed to enter this order and forward copies to counsel of record and to the Plaintiff at his last known addresses set forth in the certificate of service accompanying the motion to withdraw (ECF No. 50).

    **DATED** this  18th  of February, 2014.

                      *s/Lonny R. Suko*
                      LONNY R. SUKO
              Senior United States District Judge

**ORDER OF DISMISSAL-**    1