UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERNESTO MANJARES, | )<br>) |
| Plaintiff, | ) No. CV-12-3086-LRS |
| vs. | ) **ORDER DENYING**<br>) **RECONSIDERATION** |
| TASER INTERNATIONAL, INC., a Delaware corporation, CITY OF YAKIMA, YAKIMA POLICE OFFICER MICHAEL GORDON, and DOES 1-5 inclusive, | ) |
| Defendants. | ) |

For the reasons set forth in the Order Denying "Motion" To Vacate And Re-Open entered on June 24, 2014 (ECF No. 66), Plaintiff's letters of July 7 and August 4, 2014 (ECF Nos. 68 and 69) requesting the same relief (in effect, motions for reconsideration), are hereby **DENIED**

**IT IS SO ORDERED**. The District Executive is directed to enter this order and forward copies to Plaintiff at the address set forth in his August 4 letter and to Defendants' counsel.

**DATED** this   19th   of August, 2014.

*s/Lonny R. Suko*
LONNY R. SUKO
Senior United States District Judge

**ORDER DENYING RECONSIDERATION-    1**