AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ERNESTO MANJARES,

*Plaintiff*

v.

TASER INTERNATIONAL INC., et al,

*Defendant*

Civil Action No. 2:12-CV-3086-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** In order to be consistent with the dismissal order in CV-14-3111-LRS, the court now enters an Amended Order Of Dismissal to reflect that the captioned action is also DISMISSED with prejudice and constitutes an adjudication on the merits and a final decision from which an appeal can be taken. The District Executive shall enter a judgment pursuant to this Amended Order of Dismissal.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: November 6, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy